IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TAMARA FRY, on behalf of herself and others similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**PILOT PLASTICS, INC.,** )<br>)<br>Defendant. ) | Case No. 5:22-cv-00465<br><br>Judge Sara Lioi<br><br>**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

For the reasons set forth below, Representative Plaintiff Tamara Fry, on behalf of herself and the Opt-In Party Plaintiffs ("Plaintiffs"), and Defendant Pilot Plastics, Inc. ("Defendant"), hereby move this Court for an Order: (1) approving their settlement of the FLSA collective action as fair and reasonable; and (2) dismissing the case, with prejudice, with each party to bear its own costs and attorneys' fees unless otherwise provided for in the *Joint Stipulation of Settlement and Release* (attached as Exhibit A).

In support of this *Motion*, the parties state that:

1. Representative Plaintiff alleged in the Complaint, among other things, claims for alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*. ("FLSA") and Ohio law.

2. Defendant denied Plaintiffs were entitled to the claimed overtime compensation.

3. Plaintiffs and Defendant are represented by their respective counsel.

4. In an effort to reach a resolution, and to avoid the expense and burden of litigation, the parties reached a settlement of all individual and collective FLSA claims asserted in the pending action. The terms are embodied in *the Joint Stipulation of Settlement and Release*.

1

5. As explained in the *Declaration of Jeffrey J. Moyle* (attached as Exhibit B), Plaintiffs' Counsel believes that the proposed settlement is fair and reasonable. Specifically, if approved by the Court, the settlement will cover the Representative Plaintiff and all Opt-In Plaintiffs. Counsel for both parties agree the settlement amount will provide all Plaintiffs in excess of 100% of their actual overtime wages, as calculated from documents produced by Defendant which included wage information and documents.

6. In exchange, Plaintiffs' damage claims will be settled and dismissed. Plaintiffs will release all claims under the FLSA and Ohio wage laws. In exchange for her service payment, Representative Plaintiff will also provide a general release, which is not being attached because it does not require Court approval.

7. The FLSA provides that a Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and the costs of the action." 29 U.S.C. § 216(b). The Sixth Circuit has stated that the FLSA's attorneys' fees provision "insure[s] effective access to the judicial process by providing attorney fees for prevailing plaintiffs with wage and hour grievances," and thus "encourage[s] the vindication of congressionally identified policies and rights." *Fegley v. Higgins*, 19 F.3d 1126, 1134 (6th Cir. 1994) (citation omitted). The *Declaration* of Plaintiffs' Counsel Jeffrey J. Moyle contains information that demonstrates the reasonableness of the proposed fees and expenses. The Parties agree that the attorneys' fees and costs sought to be reimbursed are proper and reasonable.

8. If the Court provides the approval sought herein, the parties, pursuant to Fed.R.Civ.P. 41, hereby stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the *Joint Stipulation of Settlement*

*and Release*. The parties request that the Court retain jurisdiction to enforce the terms of their agreements, and Defendant does not oppose the requested fees and expenses.

WHEREFORE, Representative Plaintiff and Defendant respectfully request that the Court enter an Order: (1) approving the settlement between the parties as fair and reasonable; and (2) dismissing this case with prejudice, each party to bear its own attorneys' fees and costs unless otherwise provided for in the *Joint Stipulation of Settlement and Release*.

Respectfully submitted,

*/s/Jeffrey J. Moyle*
Jeffrey J. Moyle (0084854)
**NILGES DRAHER LLC**
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: jmoyle@ohlaborlaw.com

Shannon M. Draher (0074304)
**NILGES DRAHER LLC**
7034 Braucher St NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: sdraher@ohlaborlaw.com

*Counsel for Plaintiff*

/s/ *Barry Y. Freeman*
Barry Y. Freeman (0062040)
**ROETZEL & ANDRESS, LPA**
1375 E. 9th Street, 10th Floor
Cleveland, OH 44114
Telephone: (216) 615-4850
Facsimile: (216) 623-0134
Email: bfreeman@ralaw.com

Thomas G. Lobe (0001346)
**THOMAS G. LOBE CO., LPA**
323 W. Lakeside Avenue, Suite 210
Cleveland, OH 44113
Telephone: (440) 725-5410
Facsimile: (216) 664-6999
Email: tomlobe@yahoo.com

*Counsel for Defendant*