# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TAMARA FRY, on behalf of herself and others similarly situated,** ) ) ) | Case No. 5:22-cv-00465 |
| ) | Judge Sara Lioi |
| Plaintiff, ) ) | |
| vs. ) ) | **NOTICE OF FILING FULLY EXECUTED COPY OF SETTLEMENT AGREEMENT** |
| **PILOT PLASTICS, INC.,** ) ) | |
| Defendant. ) | |

Representative Plaintiff Tamara Fry, by and through counsel, gives notice of filing the attached fully-executed Settlement Agreement between the Parties.

Respectfully submitted,

NILGES DRAHER LLC

*/s/ Jeffrey J. Moyle*
Jeffrey J. Moyle (0084854)
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: jmoyle@ohlaborlaw.com

Shannon M. Draher (0074304)
7034 Braucher Street, N.W., Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: sdraher@ohlaborlaw.com

*Counsel for Representative Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jeffrey J. Moyle

*Counsel for Representative Plaintiff*